IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| PLASSEIN INTERNATIONAL CORP. | ) Bankr. Case Nos.: 03-11489 (JBR), |
| n/k/a PL LIQUIDATION CORP., et al. | ) 03-11490 (JBR) and 03-11492 through 03-11496 (JBR) |
| Debtors. | ) Jointly Administered |
| EXOPACK-ONTARIO, INC. f/k/a PORTSMOUTH ACQUISITION CO. AND EXOPACK-THOMASVILLE, LLC, | ) |
| Appellant, | ) |
| v. | ) |
| | ) Dist. Ct. Case No. 04-CV-1433 |
| WILLIAM BRANDT, TRUSTEE; FLEET CAPITAL CORPORATION; GREGG COUNTY AND CITY OF LONGVIEW, TEXAS; PINE TREE INDEPENDENT SCHOOL DISTRICT, | ) |
| Appellees. | ) |

**NOTICE OF COMPLETION OF MEDIATION**

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On January 20, 2005, I conducted a mediation session and thereafter made further efforts to mediate by phone. The case did not settle and the parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: January 25, 2006

BIFFERATO, GENTILOTTI, BIDEN & BALICK

Ian Connor Bifferato (# 3273)
1308 Delaware Avenue
Wilmington, Delaware 19899

cc: John H. Knight
    Charles R. Bennett, Jr.
    Stuart M. Brown