IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy Case Nos. 03- 11489, |
| PLASSEIN INTERNATIONAL CORP. | : 03-11490, and 03-11492 through |
| n/k/a PL LIQUIDATION CORP, | : 03-11496 (JBR) |
| et al., | : Jointly Administered |
| | : |
| Debtors. | : |
| | |
| EXOPACK-ONTARIO, INC. f/k/a | : |
| PORTSMOUTH ACQUISITION CO. | : |
| and EXOPACK-THOMASVILLE, LLC, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-1433 JJF |
| | : |
| WILLIAM BRANDT, Trustee, | : |
| FLEET CAPITAL CORP., GREGG | : |
| COUNTY and CITY OF LONGVIEW | : |
| TEXAS, PINE TREE INDEPENDENT | : |
| SCHOOL DISTRICT, | : |
| | : |
| Appellees. | : |

### O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation on November 29, 2004;

WHEREAS, the Court has been notified that the appeal was not resolved through mediation (D.I. 7);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

February 1, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE