IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § | |
| PL LIQUIDATION CORP., et al., f/k/a PLASSEIN INTERNATIONAL CORP., | § § § § | Chapter 7<br>Bankruptcy Case Nos. 03-11489, 03-11490 and 03-11492 through 03-11496 (JBR) |
| Debtors | § § | |
| EXOPACK-ONTARIO, INC., f/k/a PORTSMOUTH ACQUISITION CO. and EXOPACK-THOMASVILLE, LLC, | § § § § § | |
| Appellant, | § § | |
| v. | § § | Civil Action No. 04-1433 (JJF) |
| WILLIAM BRANDT, Trustee, FLEET CAPITAL CORP., GREGG COUNTY and CITY OF LONGVIEW TEXAS, PINE TREE INDEPENDENT SCHOOL DISTRICT | § § § § § § | |
| Appellees. | § § | |

**STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket no. 8);

WHEREAS, the Appellant and Appellees have agreed to a briefing schedule different from the Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before March 15, 2006;

Appellees' Answering Brief on appeal shall be filed on or before April 17, 2006;

Appellant's Reply Brief on appeal shall be filed on or before April 27, 2006.

Dated: February 6, 2006
Wilmington, Delaware

John H. Knight (No. 3848)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: February 6, 2006
Wilmington, Delaware

Alicia B. Davis (No. 4485)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 351-9308

-and-

Charles R. Bennett, Jr
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

2

RLF1-2977301-1

Dated: February 6, 2006
       Wilmington, Delaware

_____
Stuart M. Brown (No 4050)
Edwards & Angell, LLP
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this ____ day of February, 2006.

_____
United States District Judge