IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>PL LIQUIDATION CORP., et al., f/k/a<br>PLASSEIN INTERNATIONAL CORP.,<br><br>Debtors | Chapter 7<br>Bankruptcy Case Nos. 03-11489, 03-11490<br>and 03-11492 through 03-11496 (JBR) |
| EXOPACK-ONTARIO, INC., f/k/a<br>PORTSMOUTH ACQUISITION CO.<br>and EXOPACK-THOMASVILLE, LLC,<br><br>Appellant,<br><br>v.<br><br>WILLIAM BRANDT, Trustee,<br>FLEET CAPITAL CORP., GREGG<br>COUNTY and CITY OF LONGVIEW<br>TEXAS, PINE TREE INDEPENDENT<br>SCHOOL DISTRICT<br><br>Appellees. | Civil Action No. 04-1433 (JJF) |

**STIPULATION AND ORDER**
**REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, the Appellant and Appellees previously agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, the Appellant and Appellees have agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

RLF1-2989477-1

Appellant's Opening Brief on appeal shall be filed on or before March 29, 2006;

Appellees' Answering Brief on appeal shall be filed on or before May 1, 2006;

Appellant's Reply Brief on appeal shall be filed on or before May 11, 2006.

Dated: March _13_, 2006
Wilmington, Delaware

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: March _10_, 2006
Wilmington, Delaware

Alicia B. Davis (No. 4485)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 351-9308

-and-

Charles R. Bennett, Jr.
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: March 13, 2006  
       Wilmington, Delaware

/s/ Stuart M. Brown  
Stuart M. Brown (No. 4050)  
Edwards & Angell, LLP  
919 N. Market Street, Suite 1500  
Wilmington, Delaware 19801  
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this _____ day of March, 2006.

_____  
United States District Judge