## CERTIFICATE OF SERVICE

I, Paul N. Heath, do hereby certify that on March 13, 2006 I caused copies of the foregoing **Stipulation and Order Regarding Further Extension of Briefing Schedule** to be served on the following parties in the manner indicated:

**Via Hand Delivery:**
Alicia B. Davis
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Stuart M. Brown
Edwards & Angell, LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**Via First Class Mail:**
Charles R. Bennett, Jr.
Hanify & King
One Beacon Street
Boston, MA 02108-3107

William A. Wood, III
Bracewell & Giuliani LL
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770

Paul N. Heath (DE 3704)