IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: §<br>§<br>PL LIQUIDATION CORP., et al., f/k/a §<br>PLASSEIN INTERNATIONAL CORP., §<br>§<br>Debtors § | Chapter 7<br>Bankruptcy Case Nos. 03-11489, 03-11490<br>and 03-11492 through 03-11496 (JBR) |
| §<br>EXOPACK-ONTARIO, INC., f/k/a §<br>PORTSMOUTH ACQUISITION CO. §<br>and EXOPACK-THOMASVILLE, LLC, §<br>§<br>Appellant, §<br>§<br>v. §<br>§<br>WILLIAM BRANDT, Trustee, §<br>FLEET CAPITAL CORP., GREGG §<br>COUNTY and CITY OF LONGVIEW §<br>TEXAS, PINE TREE INDEPENDENT §<br>SCHOOL DISTRICT §<br>§<br>Appellees. § | Civil Action No. 04-1433 (JJF) |

**STIPULATION AND ORDER**
**REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, on February 7, 2006, the Appellant and Appellees agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, on March 13, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order (the "Second Stipulated Scheduling Order," Docket No. 10);

WHEREAS, the Appellant and Appellees have agreed to further extend the briefing schedule set forth in the Second Stipulated Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before April 28, 2006;

Appellees' Answering Brief on appeal shall be filed on or before May 31, 2006;

Appellant's Reply Brief on appeal shall be filed on or before June 12, 2006.

Dated: March 24, 2006
Wilmington, Delaware

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: March 24, 2006
Wilmington, Delaware

Alicia B. Davis (No. 4485)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 351-9308

-and-

2

                                              Charles R. Bennett, Jr.
                                              Hanify & King
                                              One Beacon Street
                                              Boston, Massachusetts 02108-3107
                                              (617) 423-0400

                                              Attorneys for Appellee William A. Brandt, Jr.,
                                              Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: March 27, 2006                     /s/ Stuart M. Brown
       Wilmington, Delaware           Stuart M. Brown (No. 4050)
                                              Edwards Angell Palmer & Dodge, LLP
                                              919 N. Market Street, Suite 1500
                                              Wilmington, Delaware 19801
                                              (302) 425-7105

                                              Attorneys for Appellee Fleet Capital Corporation


SO ORDERED this ____ day of March, 2006.


                                              _____
                                              United States District Judge

RLF1-2995491-1