IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PL LIQUIDATION CORP., et al., f/k/a | § | Chapter 7 |
| PLASSEIN INTERNATIONAL CORP., | § | Bankruptcy Case Nos. 03-11489, 03-11490 |
| | § | and 03-11492 through 03-11496 (JBR) |
| Debtors | § | |
| | § | |
| EXOPACK-ONTARIO, INC., f/k/a | § | |
| PORTSMOUTH ACQUISITION CO. | § | |
| and EXOPACK-THOMASVILLE, LLC, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | Civil Action No. 04-1433 (JJF) |
| | § | |
| WILLIAM BRANDT, Trustee, | § | |
| FLEET CAPITAL CORP., GREGG | § | |
| COUNTY and CITY OF LONGVIEW | § | |
| TEXAS, PINE TREE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| | § | |
| Appellees. | § | |

**STIPULATION AND ORDER**
**REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, on February 7, 2006, the Appellant and Appellees agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, on March 13, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order (the "Second Stipulated Scheduling Order," Docket No. 10);

RLF1-2995491-1

WHEREAS, on March 27, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Second Stipulated Scheduling Order (the "Third Stipulated Scheduling Order," Docket No. 11);

WHEREAS, the Appellant and Appellees are working toward a consensual resolution of this matter and have agreed to further extend the briefing schedule set forth in the Third Stipulated Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before May 30, 2006;

Appellees' Answering Brief on appeal shall be filed on or before June 29, 2006;

Appellant's Reply Brief on appeal shall be filed on or before July 11, 2006.

Dated: April 28, 2006
Wilmington, Delaware

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: May 1, 2006  
       Wilmington, Delaware

/s/   
Daniel B. Butz (No. 4227)  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899  
(302) 351-9308

-and-

Charles R. Bennett, Jr.  
Hanify & King  
One Beacon Street  
Boston, Massachusetts 02108-3107  
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: May 1, 2006  
       Wilmington, Delaware

/s/ Stuart M. Brown  
Stuart M. Brown (No. 4050)  
Edwards Angell Palmer & Dodge, LLP  
919 N. Market Street, Suite 1500  
Wilmington, Delaware 19801  
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this ____ day of May, 2006.

_____  
United States District Judge

3

RLF1-2995491-1