# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

227 West Trade Street, Charlotte, NC 28202
Tel 704 348 5100  Fax 704 348 5200
www.cadwalader.com

May 22, 2006

Peter T. Dalleo
Clerk of Court
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  Morris, Nichols, Arsht & Tunnell LLP Matters

Dear Mr. Dalleo:

I hereby request that my appearance be withdrawn in all cases in which I appeared as an attorney with Morris, Nichols, Arsht & Tunnell LLP.

My new contact information is listed below.

> Cadwalader, Wickersham & Taft, LLC
> 227 West Trade Street, Suite 2400
> Charlotte, NC 28202
> Telephone: 704 348 5225
> Email: Alicia.Davis@cwt.com

Thank you for your assistance in this matter.

Best regards,

*Alicia Davis*

Alicia B. Davis

---

Alicia B. Davis  Tel 704 348 5225  Fax 704 348 5200  alicia.davis@cwt.com
NCLIB1 339613.2

**CADWALADER**

Cadwalader, Wickersham & Taft LLP
227 West Trade Street, Charlotte, NC 28202

Peter T. Dalleo
Clerk of Court
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801