IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br><br>PL LIQUIDATION CORP., et al., f/k/a<br>PLASSEIN INTERNATIONAL CORP.,<br><br>Debtors | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 7<br>Bankruptcy Case Nos. 03-11489, 03-11490<br>and 03-11492 through 03-11496 (JBR) |
| EXOPACK-ONTARIO, INC., f/k/a<br>PORTSMOUTH ACQUISITION CO.<br>and EXOPACK-THOMASVILLE, LLC,<br><br>Appellant,<br><br>v.<br><br>WILLIAM BRANDT, Trustee,<br>FLEET CAPITAL CORP., GREGG<br>COUNTY and CITY OF LONGVIEW<br>TEXAS, PINE TREE INDEPENDENT<br>SCHOOL DISTRICT<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 04-1433 (JJF) |

**STIPULATION AND ORDER
REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, on February 7, 2006, the Appellant and Appellees agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, on March 13, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order (the "Second Stipulated Scheduling Order," Docket No. 10);

WHEREAS, on March 27, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Second Stipulated Scheduling Order (the "Third Stipulated Scheduling Order," Docket No. 11);

WHEREAS, on May 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Third Stipulated Scheduling Order (the "Fourth Stipulated Scheduling Order," Docket No. 12);

WHEREAS, the Appellant and Appellees are in the process of documenting a consensual resolution of this matter and have agreed to further extend the briefing schedule set forth in the Fourth Stipulated Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before June 30, 2006;

Appellees' Answering Brief on appeal shall be filed on or before July 31, 2006;

Appellant's Reply Brief on appeal shall be filed on or before August 11, 2006.

Dated: May 30, 2006
Wilmington, Delaware

_____
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: May 30, 2006
Wilmington, Delaware

Daniel B. Butz (No. 4227)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 351-9308

-and-

Charles R. Bennett, Jr.
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: May ___, 2006
Wilmington, Delaware

Stuart M. Brown (No. 4050)
Edwards Angell Palmer & Dodge, LLP
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge

3

RLF1-3018893-1

                    William A. Wood, III
                    State Bar No. 11768600
                    Bracewell & Giuliani LLP
                    711 Louisiana Street, Suite 2300
                    Houston, Texas 77002-2770
                    (713) 221-1166

                    Attorneys for Appellant Exopack-Ontario Inc. f/k/a
                    Portsmouth Acquisition Co.

Dated: May ___, 2006
      Wilmington, Delaware             _____
                                        Daniel B. Butz (No. 4227)
                                        Morris, Nichols, Arsht & Tunnell
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, Delaware 19899
                                        (302) 351-9308

                                        -and-

                    Charles R. Bennett, Jr.
                    Hanify & King
                    One Beacon Street
                    Boston, Massachusetts 02108-3107
                    (617) 423-0400

                    Attorneys for Appellee William A. Brandt, Jr.,
                    Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: May ___, 2006                  /s/ Stuart M. Brown
      Wilmington, Delaware             Stuart M. Brown (No. 4050)
                    Edwards Angell Palmer & Dodge, LLP
                    919 N. Market Street, Suite 1500
                    Wilmington, Delaware 19801
                    (302) 425-7105

                    Attorneys for Appellee Fleet Capital Corporation

      SO ORDERED this ____ day of _____, 2006.

                    _____
                          United States District Judge