IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § § | | |
| PL LIQUIDATION CORP., et al., f/k/a § PLASSEIN INTERNATIONAL CORP., § § Debtors § § | Chapter 7 Bankruptcy Case Nos. 03-11489, 03-11490 and 03-11492 through 03-11496 (JBR) | |
| EXOPACK-ONTARIO, INC., f/k/a § PORTSMOUTH ACQUISITION CO. § and EXOPACK-THOMASVILLE, LLC, § § Appellant, § § v. § § WILLIAM BRANDT, Trustee, § FLEET CAPITAL CORP., GREGG § COUNTY and CITY OF LONGVIEW § TEXAS, PINE TREE INDEPENDENT § SCHOOL DISTRICT § § Appellees. § § | Civil Action No. 04-1433 (JJF) | |

**STIPULATION AND ORDER
REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, on February 7, 2006, the Appellant and Appellees agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, on March 13, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order (the "Second Stipulated Scheduling Order," Docket No. 10);

RLF1-3029963-1

WHEREAS, on March 27, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Second Stipulated Scheduling Order (the "Third Stipulated Scheduling Order," Docket No. 11);

WHEREAS, on May 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Third Stipulated Scheduling Order (the "Fourth Stipulated Scheduling Order," Docket No. 12);

WHEREAS, on June 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Fourth Stipulated Scheduling Order (the "Fifth Stipulated Scheduling Order," Docket No. 14);

WHEREAS, the Appellant and Appellees are in the process of documenting a consensual resolution of this matter and have agreed to further extend the briefing schedule set forth in the Fifth Stipulated Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before July 31, 2006;

Appellees' Answering Brief on appeal shall be filed on or before August 30, 2006;

Appellant's Reply Brief on appeal shall be filed on or before September 11, 2006.

Dated: June 23, 2006
Wilmington, Delaware

/s/ John H. Knight
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: June ___, 2006
Wilmington, Delaware

Daniel B. Butz (No. 4227)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 351-9308

-and-

Charles R. Bennett, Jr.
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: June 29, 2006
Wilmington, Delaware

Stuart M. Brown (No. 4050)
Edwards Angell Palmer & Dodge, LLP
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge