IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br><br>PL LIQUIDATION CORP., et al., f/k/a<br>PLASSEIN INTERNATIONAL CORP.,<br><br>Debtors | § § § § § § § § | Chapter 7<br>Bankruptcy Case Nos. 03-11489, 03-11490<br>and 03-11492 through 03-11496 (KG) |
| EXOPACK-ONTARIO, INC., f/k/a<br>PORTSMOUTH ACQUISITION CO.<br>and EXOPACK-THOMASVILLE, LLC,<br><br>Appellant,<br><br>v.<br><br>WILLIAM BRANDT, Trustee,<br>FLEET CAPITAL CORP., GREGG<br>COUNTY and CITY OF LONGVIEW<br>TEXAS, PINE TREE INDEPENDENT<br>SCHOOL DISTRICT<br><br>Appellees. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 04-1433 (JJF) |

**STIPULATION AND ORDER
REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE**

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, on February 7, 2006, the Appellant and Appellees agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, on March 13, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order (the "Second Stipulated Scheduling Order," Docket No. 10);

WHEREAS, on March 27, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Second Stipulated Scheduling Order (the "Third Stipulated Scheduling Order," Docket No. 11);

WHEREAS, on May 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Third Stipulated Scheduling Order (the "Fourth Stipulated Scheduling Order," Docket No. 12);

WHEREAS, on June 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Fourth Stipulated Scheduling Order (the "Fifth Stipulated Scheduling Order," Docket No. 14);

WHEREAS, on June 29, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Fifth Stipulated Scheduling Order (the "Sixth Stipulated Scheduling Order," Docket No. 15)

WHEREAS, the Appellant and Appellees are in the process of documenting a consensual resolution of this matter and have agreed to further extend the briefing schedule set forth in the Fifth Stipulated Scheduling Order;

NOW, THEREFORE, it is hereby stipulated and agreed that the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before August 31, 2006;

Appellees' Answering Brief on appeal shall be filed on or before September 30, 2006;

Appellant's Reply Brief on appeal shall be filed on or before October 11, 2006.

Dated: July 27, 2006
      Wilmington, Delaware

/s/ John H. Knight
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

Dated: July 28, 2006
      Wilmington, Delaware

/s/ Daniel B. Butz /wp JHK
Daniel B. Butz (No. 4227)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 351-9308

-and-

Charles R. Bennett, Jr.
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

3

RLF1-3041544-1

Dated: July 27, 2006  
      Wilmington, Delaware

/s/ Stuart Brown w/ JHK
_____  
Stuart M. Brown (No. 4050)  
Edwards Angell Palmer & Dodge, LLP  
919 N. Market Street, Suite 1500  
Wilmington, Delaware 19801  
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this _____ day of _____, 2006.

_____  
United States District Judge