UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I caused the foregoing **Stipulation and Order Regarding Further Extension of Briefing Schedule** to be electronically filed with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

**Daniel B. Butz**
dbutz@mnat.com

**Stuart M. Brown**
sbrown@edwardsangell.com

I hereby certify that on July 28, 2006, I caused a copy of the foregoing **Stipulation and Order Regarding Further Extension of Briefing Schedule** to be served as indicated upon the following parties:

*Via Hand Delivery*
**Daniel B. Butz**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Stuart M. Brown**
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

*Via First Class Mail*
**Charles R. Bennett, Jr.**
Hanify & King, P.C.
1 Beacon Street
Boston, MA 02108

**William A. Wood, III**
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770

John H. Knight (No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899-0551
Phone: 302-651-7700
Fax: 302-651-7701
E-mail: knight@rlf.com

RLF1-3042724-1