IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> PL LIQUIDATION CORP., et al., f/k/a § <br> PLASSEIN INTERNATIONAL CORP., § <br> § <br> Debtors § <br> _____ § <br> § <br> EXOPACK-ONTARIO, INC., f/k/a § <br> PORTSMOUTH ACQUISITION CO. § <br> and EXOPACK-THOMASVILLE, LLC, § <br> § <br> Appellant, § <br> § <br> v. § <br> § <br> WILLIAM BRANDT, Trustee, § <br> FLEET CAPITAL CORP., GREGG § <br> COUNTY and CITY OF LONGVIEW § <br> TEXAS, PINE TREE INDEPENDENT § <br> SCHOOL DISTRICT § <br> § <br> Appellees. § <br> _____ § | Chapter 7 <br> Bankruptcy Case No. 03-11489 (KG) <br> (Jointly Administered) <br><br><br><br><br> Civil Action No. 04-1433 (JJF) |

### STIPULATION AND ORDER
### REGARDING FURTHER EXTENSION OF BRIEFING SCHEDULE

WHEREAS, the Court has entered an order setting a briefing schedule for the above-captioned bankruptcy appeal (the "Scheduling Order," Docket No. 8);

WHEREAS, on February 7, 2006, the Appellant and Appellees agreed to a briefing schedule different from the Scheduling Order (the "Stipulated Scheduling Order," Docket No. 9);

WHEREAS, on March 13, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Stipulated Scheduling Order (the "Second Stipulated Scheduling Order," Docket No. 10);

RLF1-3050701-1

WHEREAS, on March 27, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Second Stipulated Scheduling Order (the "Third Stipulated Scheduling Order," Docket No. 11);

WHEREAS, on May 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Third Stipulated Scheduling Order (the "Fourth Stipulated Scheduling Order," Docket No. 12);

WHEREAS, on June 1, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Fourth Stipulated Scheduling Order (the "Fifth Stipulated Scheduling Order," Docket No. 14);

WHEREAS, on June 29, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Fifth Stipulated Scheduling Order (the "Sixth Stipulated Scheduling Order," Docket No. 15)

WHEREAS, on July 28, 2006, the Appellant and Appellees agreed to further extend the briefing schedule set forth in the Sixth Stipulated Scheduling Order (the "Seventh Stipulated Scheduling Order," Docket No. 16);

WHEREAS, the Appellant and Appellees have reached a consensual resolution of this matter (the "Settlement Agreement") and Appellee, William A. Brandt, has filed the Trustee's Motion to Approve Settlement Agreement (Exopack) (the "Motion") attached hereto as Exhibit A, with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, the Motion is set to be heard by the Bankruptcy Court on September 13, 2006;

RLF1-3050701-1

WHEREAS, upon the final approval of the Settlement Agreement, attached to the Motion as Exhibit A, this Appeal will be dismissed as moot;

WHEREAS, the Appellant and Appellees have agreed to further extend the briefing schedule set forth in the Seventh Stipulated Scheduling Order to allow the Bankruptcy Court to enter a final order resolving this matter;

NOW, THEREFORE, it is hereby stipulated and agreed that, should the Settlement Agreement not be approved by the Bankruptcy Court, the following briefing schedule shall be established:

Appellant's Opening Brief on appeal shall be filed on or before October 30, 2006;

Appellees' Answering Brief on appeal shall be filed on or before November 29, 2006;

Appellant's Reply Brief on appeal shall be filed on or before December 11, 2006.

Dated: August 23, 2006
Wilmington, Delaware

/s/ John H. Knight
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc. f/k/a Portsmouth Acquisition Co.

RLF1-3050701-1

Dated: August 23, 2006  
Wilmington, Delaware

*[signature: Daniel Butz /wp JHK]*

Eric D. Schwartz (No. 3134)  
Daniel B. Butz (No. 4227)  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899  
(302) 351-9308  
    -and-

Charles R. Bennett, Jr.  
Hanify & King  
One Beacon Street  
Boston, Massachusetts 02108-3107  
(617) 423-0400

Attorneys for Appellee William A. Brandt, Jr., Chapter 7 Trustee for PL Liquidation Corp., et al.

Dated: August 23, 2006  
Wilmington, Delaware

*[signature: Stuart Brown /wp JHK]*

Stuart M. Brown (No. 4050)  
Edwards Angell Palmer & Dodge, LLP  
919 N. Market Street, Suite 1500  
Wilmington, Delaware 19801  
(302) 425-7105

Attorneys for Appellee Fleet Capital Corporation

SO ORDERED this ____ day of _____, 2006.

_____  
United States District Judge

RLF1-3050701-1