IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>PL LIQUIDATION CORP., et at., f/k/a<br>PLASSEIN INTERNATIONAL CORP.,<br><br>Debtors | §<br>§<br>§ Chapter 7<br>§ Bankruptcy Case Nos. 03-11489, 03-11490<br>§ and 03-11492 through 03-11496 (KG)<br>§ |
| EXOPACK-ONTARIO, INC., f/k/a<br>PORTSMOUTH ACQUISITION CO.<br>And EXOPACK-THOMASVILLE, LLC,<br><br>Appellant,<br><br>v.<br><br>WILLIAM BRANDT, Trustee<br>FLEET CAPITAL CORP., GREGG<br>COUNTY and CITY OF LONGVIEW<br>TEXAS, PINE TREE INDEPENDENT<br>SCHOOL DISTRICT<br><br>Appellees | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 04-1433(JJF)<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**APPELLANT'S MOTION TO DISMISS APPEAL**

Exopack-Ontario, Inc., f/k/a Portsmouth Acquisition Co. and Exopack-Thomasville, LLC, Appellant, respectfully requests that this Court dismiss this appeal and in support thereof would show the Court the following:

1. On September 11, 2006, the Bankruptcy Court approved a settlement between the parties to this appeal. A copy of the Bankruptcy Court's order is attached hereto as Exhibit A.

2. Under the settlement agreement, the parties have agreed to dismiss this appeal. *See* Paragraph 11 of the attached Order.

3. Therefore, appellant respectfully requests that the Court dismiss this appeal as settled.

Respectfully Submitted,

Dated: October 26, 2006
Wilmington, Delaware

*/s/ John H. Knight*

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

William A. Wood, III
State Bar No. 11768600
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 221-1166

Attorneys for Appellant Exopack-Ontario Inc.,
f/k/a Portsmouth Acquisition Co. and
Exopack-Thomasville, LLC