IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : <br> : <br> PL LIQUIDATION CORP., et al. : Chapter 7 <br> f/k/a PLASSEIN INTERNATIONAL : Bankruptcy Case Nos. 03-11489, <br> CORP., : 03-11490 and 03-11492 through <br> : 03-11496 (KG) <br> Debtors. : <br> : |  |
| EXOPACK-ONTARIO, INC., f/k/a : <br> PORTSMOUTH ACQUISITION CO. : <br> and EXOPACK-THOMASVILLE, LLC, : <br> : <br> Appellant, : <br> : <br> v. : Civil Action No. 04-1433-JJF <br> : <br> WILLIAM BRANDT, Trustee : <br> FLEET CAPITAL CORP., GREGG : <br> COUNTY and CITY OF LONGVIEW : <br> TEXAS, PINE TREE INDEPENDENT : <br> SCHOOL DISTRICT, : <br> : <br> Appellees. : | |

## O R D E R

WHEREAS, Appellant filed a Motion To Dismiss Appeal (D.I. 18) indicating that the parties have agreed to dismiss the above-captioned appeal as part of a settlement reached by the parties and approved by the Bankruptcy Court on September 11, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Appellant's Motion To Dismiss Appeal is **GRANTED**.

2. The above-captioned appeal is **DISMISSED** with prejudice.

November 14, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE